FILED

NOV - 1 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:23 CR 0 0583 |
| PATRICIA G. BONCHEK, | ) ) | Title 18, United States Code, Section 875(c) |
| Defendant. | ) | |

**JUDGE CALABRESE**

COUNT 1
(Interstate Threatening Communications, 18 U.S.C. § 875(c))

The Grand Jury charges:

1. On or about July 1, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant PATRICIA G. BONCHEK, did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit: B.J., a person whose identity is known to the grand jury, by leaving a voicemail to B.J., threatening physical harm to B.J., in violation of Title 18, United States Code, Section 875(c).

COUNT 2
(Interstate Threatening Communications, 18 U.S.C. § 875(c))

The Grand Jury further charges:

2. On or about July 13, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant PATRICIA G. BONCHEK, did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit: J.F., a person whose identity is known to the grand jury, by leaving a voicemail

to J.F., threatening physical harm to J.F., in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
(Interstate Threatening Communications, 18 U.S.C. § 875(c))

The Grand Jury further charges:

3. On or about October 2, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant PATRICIA G. BONCHEK, did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit: J.B., a person whose identity is known to the grand jury, by leaving a voicemail to J.B., threatening physical harm to J.B., in violation of Title 18, United States Code, Section 875(c).

## COUNT 4
(Interstate Threatening Communications, 18 U.S.C. § 875(c))

The Grand Jury further charges:

4. On or about October 2, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant PATRICIA G. BONCHEK, did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit: J.B., a person whose identity is known to the grand jury, by leaving a voicemail to J.B., threatening physical harm to J.B., in violation of Title 18, United States Code, Section 875(c).

## COUNT 5
(Interstate Threatening Communications, 18 U.S.C. § 875(c))

The Grand Jury further charges:

5. On or about December 30, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant PATRICIA G. BONCHEK, did knowingly and willfully

transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit: J.B., a person whose identity is known to the grand jury, by leaving a voicemail to J.B., threatening physical harm to J.B., in violation of Title 18, United States Code, Section 875(c).

## COUNT 6
(Interstate Threatening Communications, 18 U.S.C. § 875(c))

The Grand Jury further charges:

6. On or about October 11, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant PATRICIA G. BONCHEK, did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit: J.B.., a person whose identity is known to the grand jury, by leaving a voicemail to J.B., threatening physical harm to J.B., in violation of Title 18, United States Code, Section 875(c).

## COUNT 7
(Interstate Threatening Communications, 18 U.S.C. § 875(c))

The Grand Jury further charges:

7. On or about or about October 11, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant PATRICIA G. BONCHEK, did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit: A.M., a person whose identity is known to the grand jury, by leaving a

voicemail to A.M., threatening physical harm to A.M., in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.