# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:23CR583** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGE J. PHILIP CALABRESE** |
| | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **PATRICIA G. BONCHEK,** | ) | **JENNIFER DOWDELL ARMSTRONG** |
| | ) | |
| Defendant. | ) | |

The Court held a Status Conference and Detention Hearing as to Defendant Patricia G. Bonchek ("Ms. Bonchek") on November 15, 2023. At the outset of the hearing, Ms. Bonchek's counsel expressed serious concerns regarding Ms. Bonchek's competency for the reasons stated on the record, and he orally moved under U.S.C. § 4241(a) for a mental competency evaluation of Ms. Bonchek. The Court finds on the record currently before it that there is reasonable cause to believe that Ms. Bonchek may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

**IT IS ORDERED** that Ms. Bonchek is to remain in custody and be immediately transported for an evaluation to the BOP by a licensed psychiatrist or psychologist as to her competency to understand the nature and consequences of the proceedings against him and to assist properly in her defense. After the examination is completed, the United States Marshal's Office must return Ms. Bonchek to this district and must immediately notify the Court of her return so the preliminary and detention hearing can proceed if warranted.

**IT IS FURTHER ORDERED** that a report be made to the Court within thirty (30) days from the entry of this Order. A copy of such report is to be furnished to the Court, the Assistant United States Attorney, Ms. Bonchek, and defense counsel.

Dated: November 15, 2023                     s/ *Jennifer Dowdell Armstrong*

                                                              JENNIFER DOWDELL ARMSTRONG
                                                              UNITED STATES MAGISTRATE JUDGE