UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-cr-00583 |
| Plaintiff, | )<br>)<br>) | Judge J. Philip Calabrese |
| v. | )<br>) | Magistrate Judge<br>Jennifer Dowdell Armstrong |
| PATRICIA G. BONCHEK, | )<br>) | |
| Defendant. | )<br>) | |

## ORDER

On May 30, 2024, the Court held a status conference on the record attended by counsel for all parties. Counsel for the United States represented that she will provide any remaining discovery shortly. Counsel for Defendant represented that he needs around 45 days to review discovery and discuss it with the Defendant. To afford defense counsel additional time to do so, the Court continued the conference to July 15, 2024.

For these reasons, and so as not to deny counsel the reasonable time necessary for effective preparation of their respective cases, the Court determined that the case cannot be tried within the speedy-trial deadline of July 31, 2024. In doing so, the Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv), that the ends of justice are served by tolling the running of the speedy-trial clock through the next status conference and that such action outweighs the best interest of the public and Defendant in a speedy trial.

Based on the foregoing, the Court finds the period of time elapsing from May 30, 2024 through and including the next status conference, which is presently scheduled for July 15, 2024, is properly and shall be excluded from the speedy trial calculation. As of the date of this Order, by the Court's calculation, eight (8) days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED.**

Dated: May 30, 2024

                                                J. Philip Calabrese
                                                United States District Judge
                                                Northern District of Ohio