# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-cr-00583 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jennifer Dowdell Armstrong |
| PATRICIA G. BONCHEK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On September 16, 2024, the Court held a status conference on the record attended by counsel for all parties. Counsel for Defendant provided an update pertaining to the case and advised the Court that Ms. Bonchek may need to receive an additional psychiatric evaluation. For the reasons stated on the record, and to allow time for defense counsel to meet with his client, the Court continued the conference to October 31, 2024.

For these reasons, and so as not to deny counsel the reasonable time necessary for effective preparation of their respective cases, the Court determined that the case cannot be tried within the speedy-trial deadline of November 13, 2024. In doing so, the Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (ii), that the ends of justice are served by tolling the running of the speedy-trial clock through the next status conference and that such action outweighs the best interest of the public and Defendant in a speedy trial.

Based on the foregoing, the Court finds the period of time elapsing from September 16, 2024 through and including the next status conference, which is presently scheduled for October 31, 2024, is properly and shall be excluded from the speedy trial calculation. As of the date of this Order, by the Court's calculation, eight (8) days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED.**

Dated: September 16, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio