# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:23-cr-583 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | |
| ) | |
| PATRICIA G. BONCHEK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MINUTES AND ORDER

On January 2, 2025, the Court was scheduled to conduct a change of plea hearing as to Patricia G. Bonchek (1). Stephanie Wojtasik appeared for the United States. Kevin Cafferkey appeared for the Defendant, who was also present. Patton Sidbeck appeared from Pretrial Services.

Because of positions Ms. Bonchek took with regard to certain aspects of the offense conduct, the Court was unable to go forward with the change of plea.

On January 1, 2025, Defendant moved to reinstate bond. For the reasons stated on the record, the Court finds that no condition or combination of conditions will reasonably assure the safety of the community in light of the danger Ms. Bonchek's release would pose and, therefore, **DENIES** Defendant's motion. (ECF No. 35.)

The Court schedules a hearing for February 5, 2025, at 10:30 a.m. in Courtroom 16B to address the status of the case at that time. Defendant remanded to the custody of the U.S. Marshal.

**SO ORDERED.**

Dated: January 2, 2025

                                              J. Philip Calabrese
                                              United States District Judge
                                              Northern District of Ohio